USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

DAVID SANTIAGO,

                                        Defendant.

------------------------------------------------------------ X

17-CR-438 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 16, 2020, the Court received a copy of Mr. Santiago's petition for compassionate release (Dkt. 545);

    WHEREAS a court may, according to the plain language of 18 U.S.C. § 3582(c), reduce a defendant's sentence under the rubric of compassionate release *only* "upon motion of the Director of the Bureau of Prisons" or "upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier," 18 U.S.C. § 3582(c)(1)(A);

    WHEREAS it appears that Mr. Santiago's petition was filed with the warden on April 7, 2020;

    IT IS HEREBY ORDERED that, no later than **April 30, 2020**, the Government must submit a letter confirming that Mr. Santiago's petition was filed with the warden.

**SO ORDERED.**

Date:  April 17, 2020
          New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**